**Pamela MELVIN, Plaintiff-Appellant,**

v.

**The SOCIAL SECURITY ADMINISTRATION OF the UNITED STATES of America; Dr. Meymandi Assad; Dr. Eleanor Cruise, Defendants-Appellees,**

**and**

**The Washington Post; U.S.A. Today; The Boston Globe; Chicago Sun-Times; Detroit Free Press; Los Angeles Times; The Philadelphia Inquirer; Star-Ledger; Tampa Bay Times; The Dallas Morning News; The Atlanta Journal-Constitution, Defendants.**

**No. 16-2248**

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Pamela Melvin, Appellant Pro Se. Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; Kelly Street Brown, Nathan Douglas Childs, Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Melvin appeals the district court's order dismissing her amended complaint and denying her various motions, and a subsequent order denying her Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Melvin v. Soc. Sec. Admin. of the United States*, No. 5:14-cv-00170-F (E.D.N.C. Aug. 27, 2015; Sept. 26, 2016). We further grant Melvin's motions to exceed length limitations for her informal brief, to seal certain exhibits, and to extend filing time for her informal reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*